MADELINE COHEN, an Infant, by Her Mother and Natural Guardian, DOTTIE COHEN, et al., Appellants-Respondents, v. LIBERTY MUTUAL INSURANCE COMPANY et al., Respondents, and COSMOPOLITAN MUTUAL INSURANCE COMPANY, Appellant-Respondent. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Intervenor-Appellant-Respondent.—

720

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.